GERALD M. SHAPIRO
  Licensed in Illinois & Florida
DAVID S. KREISMAN
  Licensed in Illinois

JOHN A. DICARO
  Managing Partner
  _____

ALISSA L. BAADER
FRANK M. CASSARA
MICHAEL J. CHATWIN
GARY M. KANELLIS
ANNE MILLER-HULBERT
ELLIS M. OSTER
  _____

KAREN R. MCCLOSKEY
  Of Counsel

Law Offices of
# Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, New York 14624
(585) 247-9000
FAX(585) 247-7380

COMMACK OFFICE

777 Larkfield Road
Suite 110
Commack, New York 11725
(631) 462-2525
FAX(631) 462-9080
  _____

SHARI SELTZER BARAK
  Managing Attorney

JOHN DELLO-IACONO

September 23, 2009

Joshua N. Bleichman
268 Route 49
Spring Valley, NY 10977


RE:  Roberto Browne and Rosa Browne
     BK Case No.: 09-36816
     S&D 09-075693

Dear Mr Bleichman:

This Notice is provided pursuant to the above Debtor's Loss Mitigation Request with respect to the mortgage serviced by American Home Mortgage Servicing, Inc.  The Loss Mitigation contact for American Home Mortgage Servicing, Inc. is as follows:

   Donald Kelly
   Bankruptcy Loss Mitigation Team Lead
   American Home Mortgage Servicing, Inc.
   4875 Belfort Road, Suite 130
   Jacksonville, FL   32256
   Telephone:  904-996-1748

The alternate Loss Mitigation contact is Ryan Bickerton at (877) 304-3100 ext. 64025.

Thank you for your cooperation.


Very truly yours,


/s/Anne E. Miller-Hulbert